JACOB L. HAFTER, ESQ.
Nevada State Bar No. 9303
MICHAEL NAETHE, ESQ.
Nevada State Bar No. 11222
LAW OFFICE OF JACOB L. HAFTER & ASSOCIATES
7201 W. Lake Mead Blvd., Suite 210
Las Vegas, Nevada 89128
Tel: (702) 405-6700
Fax: (702) 685-4184

Attorneys for Plaintiff

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| JAMES S. TATE, JR, M.D. | Case No.: 2:11-cv-1613-JCM-LRL |
| Plaintiff, | |
| vs. | |
| STATE OF NEVADA BOARD OF MEDICAL EXAMINERS; BEVERLY NEYLAND, M.D., in her individual capacity; MICHAEL FISCHER, M.D., in his individual and official capacity; DONNA RUTHE, in her individual and official capacity; SUE LOWDEN, in her individual and official capacity; DOE Defendants I through X, inclusive; and ROE CORPORATIONS A through Z, inclusive, | **ORDER GRANTING PLAINTIFF'S EX PARTE EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER** AND SCHEDULING PRELIMINARY INJUNCTION HEARING |
| Defendants. | |

WHEREAS Plaintiff has come before this Court, through his Emergency Ex Parte Motion for Temporary Restraining Order (Document 2), this Court finds that Plaintiff has met the requirements for the issuance of a Temporary Restraining Order, in that:

ORDER - 1

A. Plaintiff will suffer irreparable harm if Defendants are allowed to take any further action to effectuate the discipline ordered against Plaintiff at the Defendants' meeting held on September 9, 2011, and finalized through the Findings of Fact, Conclusions of Law and Order filed September 28, 2011;

B. Plaintiff has demonstrated a likelihood of success;

C. Public policy supports the issuance of a Temporary Restraining Order in this case to preserve the status quo; and

D. The balance of the hardships is in favor of Plaintiff under the circumstance.

**THEREFORE**, the Court, having examined memoranda of the Plaintiff and the records and documents on file, and good cause appearing hereby orders the following:

**IT IS SO ORDERED that** PLAINTIFF'S EX PARTE EMERGENCY MOTION FOR TEMPORARY RESTRAINING ORDER is **GRANTED** and from the date of entry of this Order and for fifteen days thereafter, DEFENDANTS, their agents, employees, attorneys, and anyone acting on their behalf, shall be hereby prevented from:

1. filing a report with the National Practitioner Data Bank regarding the finding of facts and subsequent discipline ordered against Plaintiff at the Defendants' meeting held on September 9, 2011, and finalized through the Findings of Fact, Conclusions of Law and Order filed September 28, 2011, and

2. enacting or effectuating the discipline ordered against Plaintiff at the Defendants' meeting held on September 9, 2011, and finalized through the Findings of Fact, Conclusions of Law and Order filed September 28, 2011.

**IT IS FURTHER ORDERED that** Plaintiff's Motion for Temporary Restraining Order shall be converted into a Motion for Preliminary Injunction.

**IT IS SO ORDERED that** the hearing on Plaintiff's Motion for Preliminary Injunction shall be set for October 20, 2011, at 10:30 a.m.  Opposition due October 13, 2011; reply due October 18, 2011.

**IT IS FURTHER ORDERED that** within  7   days from the date of this Order, Plaintiff shall pay $ 100.00  to the Clerk of the Court as a surety bond, which shall be held by the Clerk until further order of this Court.

**IT IS SO ORDERED.**

DATE: October 6, 2011

TIME: 3:55 p.m.

_____

US DISTRICT COURT JUDGE JAMES C. MAHAN



ORDER - 3